UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

        Petitioner,              Case Number: 22-cv-11963
                                              Hon. Matthew F. Leitman

v.

MCDONOLD, ETAL.,

        Respondent.

_____/

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is ORDERED and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

                                                         KINIKIA ESSIX
                                                         CLERK OF COURT

                                           By:    s/Holly A. Ryan_____
                                                               Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  October 14, 2022
Detroit, Michigan